UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTORIA MOBLEY

CASE# 3:23-CV-112-HES-LLL

VS

STATE OF FLORIDA DEPT. OF
CHILDREN AND FAMILIES
VALERIE DAVIS AND
SHEVAUN HARRIS

FILED
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
2023 JAN 31 PM 3:01

COMPLAINT

1

PLAINTIFF VICTORIA MOBLEY A RESIDENT OF DUVAL COUNTY JACKSONVILLE FLORIDA LIVES AND RECIEVES MAIL AT 1601-1 NORTH MAIN STREET UNIT#13214 JACKSONVILLE FLORIDA 32206 AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT

2

BOTH DEFENDANTS WORK FOR THE FLORIDA DEPT OF CHILDEN AND FAMILIES LOCATED AT 5920 ARLINGTON EXPRESSWAY JACKSONVILLE FLORIDA 32211 AND THEY ARE BOTH SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT

3

COMES NOW PLAINTIFF AND STATES THIS THEIR COMPLAINT AS FOLLOWS TO WIT

THIS COURT IS EMPOWERED TO HEAR AND TRY THIS CASE AS IT INVOLVES SEVERAL CONSTITUTIONAL RIGHTS VIOLATIONS ALL PROTECTED UNDER TITLE 28 USC 1331.

ON OR ABOUT APRIL 25,2022 DEFENDANTS PARTICIPATED IN UNLAWFUL REMOVAL OF MY SON WITHOUT FOLLOWING PROPER PROTOCAL AND PROCEEDURE. TO DATE MY SON IS BEING ABUSED AT THE HANDS OF MY MOTHER AND 2 BROTHERS AND BOTH DEFENDANTS ARE ALLOWING THIS TO HAPPEN. CORRECT PROCEEDURE IS FOR A HEARING TO SEE IF THERE IS CAUSE TO REMOVE A CHILD. THEY REMOVED MY SON BEFORE ANY SUCH HEARING EVER HAPPENED.  THEY ARE REFUSING TO DO ANYTHING TO STOP THE ABUSE.

THE RELIEF I AM ASKING FROM THIS COURT IS

1 AN ORDER MANDATING BOTH DEFENDANTS TO RETURN MY SON TO ME IMMEDIATELY

2 AN ODER STOPPING BOTH DEFENDANTS FROM ANY FURTHER CONTACT WITH ME AND MY SON

3 $500000.00 IN PUNITIVE DAMAGES FOR UNDUE STRESS CAUSED BY BOTH DEFENDANTS

STATEMENT OF ACTION TO SHOW CAUSE

PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWING GROUND

1. DEFENDANTS WAIVED THEIR RIGHT TO IMMUNITY BY FIRST NOT FOLLOWING PROCEDURE, THEN BY ALLOWING MY SON TO BE RAPED BY MY 2 BROTHERS AMD MY MOTHER DID NOTHING TO STOP IT
2. IN THE INTEREST OF JUSTICE BOTH ATTORNEYS SHOULD LOSE THEIR LICENSE TO PRATICE LAW AND BOTH SHOULD BE IN JAIL

*Victoria Mobley* (signature)